Charles F. D'Esterre, as Administrator, etc., of Elsie D'Esterre, Deceased, Appellant, v. John H. Ernst, Respondent.—Judgment affirmed, with costs. No opinion. Burr, Thomas, Carr and Rich, JJ., concurred; Hirschberg, J., dissented on the ground that the conflict as to the distance the machine was away from the child when she first jumped back into the street required a submission of the question to the jury.

Philip Dietrich, Respondent, v. Lalance & Grosjean Manufacturing Company, Appellant, Impleaded with M. P. Berglas Plumbers Supply Company, Defendant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of credible evidence. Burr, Thomas, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

Frances Hogan, as Administratrix, etc., of Edward M. Hogan, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Woodward and Rich, JJ., concurred; Thomas and Carr, JJ., dissented.

Benny Olisewsky, Respondent, v. National Bridge Works, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $4,000, in which case the judgment, as modified, and the order are unanimously affirmed, without costs. No opinion. Present—Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Rosie Gluckman, Appellant.—Judgment of conviction by the Court of Special Sessions reversed and new trial ordered on the ground that defendant's guilt is not established beyond a reasonable doubt. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Edwin C. Ward, as Trustee in Bankruptcy of the Estate of Eureka